

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## NOTICE OF ORDER ON MOTION

Cause number: 01-12-01130-CR

Style: Derrick Deon Ferguson

 **v** The State of Texas

Date motion filed[*]: June 5, 2013

Type of motion: Motion for Extension of Time to File Appellant's Brief

Party filing motion: Appellant

Document to be filed: Appellant's brief

If motion to extend time:

 Deadline to file document: June 3, 2013

 Number of previous extensions granted: 1--60 days

 Length of extension sought: 60 days

Appellant's Motion for Extension of Time to File Appellant's Brief is **granted in part and denied in part.**

It is the ordinary practice of this court to grant no more than 3 extensions of 30 days each. Appellant's brief in this case was originally due on April 2, 2013. Appellant requested, and received, a 60-day extension of time to file the brief, which extended the deadline to June 3, 2013. Appellant has now filed a motion requesting an additional 60-day extension. The reason given is that appellant's attorney has had insufficient time to adequately develop and research appellate issues. This is insufficient to support counsel's request.

Accordingly, we grant appellant a 30-day extension to file the brief. Appellant's brief is ordered to be filed by **July 3, 2013**. **No further extensions will be granted.**

It is so ORDERED.

Judge's signature: /s/ Michael Massengale

 ☒ Acting individually ☐ Acting for the Court

 Panel consists of _____.

Date: June 10, 2013